No. —, original. Oklahoma ex rel. Williamson, Attorney General, v. Woodring, Secretary of War. Argued January 29, 30, 1940. Decided February 12, 1940. *Per Curiam:* The motion for leave to file a bill of complaint is denied by an equally divided Court. Mr. Justice Murphy took no part in the consideration or decision of this motion. *Messrs. Claude C. Hatchett* and *Mac Q. Williamson,* Attorney General of Oklahoma, with whom *Messrs. Randell S. Cobb,* First Assistant Attorney General, and *William O. Coe* were on the brief, for the motion. *Attorney General Jackson,* with whom *Assistant Attorney General Littell* and *Messrs. Warner*

*W. Gardner, Oscar A. Provost, Richard H. Demuth,* and *Joseph W. Kimbel* were on the brief, in opposition.